**In the Interest of B.A.B., a Minor.**

**No. 70926.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 14, 1997.

---

Byron Cohen, Clayton, for appellant.

Nancy L. Sido, Clayton, for respondent.

Brian P. Seltzer, Clayton, Guardian Ad Litem.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

---

*ORDER*

PER CURIAM.

Mother of B.A.B., born November 20, 1995, appeals from a judgment terminating her parental rights. We affirm. The judgment of the court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).